IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )  CR. No. S-76-055 LKK
                                )
            Plaintiff,          )  ORDER RE
      v.                        )  DEFENDANT'S MOTION TO REDUCE
                                )  SENTENCE
                                )
LEONARD ANDREW CASTRO,          )
                                )
            Defendant.          )
_____)
```

    The defendant's motion is denied. There is no basis for reducing defendant's felony plea to a misdemeanor.

Dated: April 14, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT